**Brian D. EVANS, Respondent,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Appellant.**

**No. WD 65471.**

Missouri Court of Appeals,
Western District.

May 30, 2006.

Brian D. Evans, Marshall, MO, Respondent pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, MO, for Appellant.

Before SMITH, C.J., and SMART and NEWTON, JJ.

### Order

PER CURIAM.

The Missouri Board of Probation and Parole appeals from the declaratory judgment of the Circuit Court of Cole County, Missouri, declaring, pursuant to § 559.115.7, RSMo Supp.2004, that the prior 120–day probationary incarceration of the respondent, Brian D. Evans, as authorized by § 559.115.2, following his 2001 conviction, under § 302.321, for driving while his license was suspended or revoked, was not a "previous prison commitment" for purposes of § 558.019.2(1), requiring him to serve a minimum of forty percent of his present sentences.

The appellant raises one point on appeal. It claims that the trial court erroneously declared that, applying § 559.115.7, RSMo Supp.2004 retrospectively, the respondent's prior 120–day probationary incarceration was not a "previous prison commitment" for purposes of § 558.019.2(1), because § 559.115.7, RSMo Supp.2004, is an amendatory law that, pursuant to § 1.160, could not be applied retrospectively, in that it operated to reduce the respondent's punishment for his prior conviction of driving while suspended or revoked and was neither a procedural law nor an amendment of § 302.321 creating that offense.

We affirm pursuant to Rule 84.16(b).